PEOPLE, PLAINTIFF AND APPELLEE, v. COLL MAYOL, DEFENDANT AND APPELLANT.

APPEAL from the District Court of Aguadilla in a Prosecution for Violation of a Sanitary Regulation.

No. 1274.—Decided June 25, 1918.

SANITARY REGULATIONS—BREAD.—According to the sanitary regulations in force in Porto Rico all bread sold to the public must be wrapped. It is immaterial that the bread made by the appellant in the present case was "sweet." The article was clearly bread.

The facts are stated in the opinion.

Mr. José D. Rodríguez for the appellant.

Mr. Salvador Mestre, fiscal, for the appellee.·

MR. JUSTICE WOLF delivered the opinion of the court.

The failure to admit the letter of the Commissioner of Sanitation was not error. It was immaterial to the issue of whether the defendant had or had not sold bread not duly wrapped, inasmuch as it only transcribed a rule of the health service already made a part of the law. It said that the failure to require the wrapping of Mallorca bread was a mere tolerance of the Sanitation Board. As appellant was maintaining that his bread was like Mallorca bread, the exclusion of the letter favored rather than prejudiced him.

It makes no difference that the bread made by appellant was "sweet," as the law requires all bread to be wrapped. The article was clearly bread. It cannot help appellant either that the board has failed to prosecute all offenders.

The judgment must be

*Affirmed.*

Chief Justice Hernández and Justices del Toro, Aldrey and Hutchison concurred.